# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | Criminal Case 5:12–po–00016 |
| | § | |
| Leonel Castaneda–Castillo | § | |

## ORDER FINDING PROBABLE CAUSE

I find that the complaint and/or affidavit(s) filed with the complaint, establish probable cause to believe that an offense has been committed and that the defendant committed it.

IT IS SO ORDERED.

_____
J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE

Date of order: January 3, 2012